DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ADVANCED CHIROPRACTIC AND REHABILITATION CENTER,
CORPORATION,** d/b/a **ADVANCED CHIROPRACTIC AND
REHABILITATION CENTER,** a/o/a **AMERICO GALINDO,**
Petitioner,

v.

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Respondent.

No. 4D11-4801

[September 17, 2014]

***ON REMAND FROM THE SUPREME COURT***

Petition for writ of certiorari to the Seventeenth Judicial Circuit, Broward County; Richard D. Eade, Judge; L.T. Case Nos. 06-9131COCE53 and 08-52048CASE05.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Palm Beach Gardens, for petitioner.

Michael J. Neimand, Office of General Counsel, United Automobile Insurance Company, Trial Division, Miami, for respondent.

PER CURIAM.

This case is on remand from the Supreme Court, *Advanced Chiropractic & Rehabilitation Center Corp. v. United Automobile Ins. Co.*, 140 So. 3d 529 (Fla. 2014). Based on the Supreme Court's opinion, we grant Advanced Chiropractic's motion for attorney's fees pursuant to section 627.428(1), Florida Statutes (2012), and remand to the circuit court for a hearing to determine the amount of fees.

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*